(106 So. 925)

Walter VICKERY v. STATE. (6 Div. 675.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Winston County;

R. L. Blanton, Judge. Carnal knowledge of a girl under 16.

SAMFORD, J. Appeal dismissed.